UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DEBORAH ENSOR,

    Plaintiff,

vs.                                            Case No. 3:09-cv-105-J-34MCR

SALLY BEAUTY SUPPLY, LLC,

    Defendant.
_____/

## **O R D E R**

**THIS CAUSE** is before the Court on Defendant's Motion to Compel (Doc. 25) filed June 2, 2009 and Daniel J. Glary's Second Motion to Withdraw as Counsel for Plaintiff (Doc. 30) filed June 29, 2009. On June 30, 2009, the undersigned conducted a telephonic status conference to discuss these motions as well as the status of the case. In its Order setting the status conference, the undersigned directed both Plaintiff and her attorney to appear for the conference. (Doc. 29). However, Plaintiff did not appear for the conference despite being notified of the conference by letter from her attorney.

The Court will first address counsel for Plaintiff's Motion to Withdraw (Doc. 30). Counsel represents that irreconcilable differences have arisen between he and Plaintiff. Specifically, counsel notes that after reviewing a copy of Plaintiff's personnel file, he is convinced Plaintiff's law suit is "untenable and he has recommended that [Plaintiff] agree to dismiss this action." (Doc. 30, p.2). After providing that advice, counsel for Plaintiff has been unable to communicate with Plaintiff in any manner. Counsel

represents that the appropriate notice pursuant to Local Rule 2.03(b) of the Local Rules for this Court has been provided to Plaintiff and that Defendant does not oppose the withdrawal. Accordingly, the Court will grant counsel's request and permit him to withdraw. Plaintiff will be given until **Friday, July 17, 2009** in which to notify the Court in writing whether she intends to employ new counsel (in which event, new counsel should file a Notice of Appearance before **Friday, July 17, 2009**) or whether she intends to proceed pro se. If Plaintiff intends to proceed pro se, she must timely prosecute this action and follow all rules and orders of this Court.

With respect to Defendant's Motion to Compel (Doc 25), Plaintiff has failed to provide her Rule 26(a)(1) disclosures, which were due on April 30, 2009 and has failed to respond to Defendant's requests for production of documents and interrogatories, which were propounded on April 13, 2009. Counsel for Plaintiff indicated he has tried numerous times to communicate with Plaintiff, however, she has not returned his phone calls or responded to his letters. In light of the facts of this case, the Court will grant Defendant's Motion to Compel and hereby directs Plaintiff to produce both her initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and her responses to Defendant's requests for production of documents and interrogatories no later than **Monday, July 27, 2009**.

Accordingly, after due consideration, it is

**ORDERED**:

1. The Motion to Withdraw (Doc. 30) is **GRANTED**. Attorney, Daniel J. Glary, is hereby relieved of any further responsibility as counsel for Plaintiff in this action.

2.  Plaintiff shall have until **Friday, July 17, 2009** to notify the Court in writing whether she intends to employ new counsel (in which event, new counsel should file a Notice of Appearance before **Friday, July 17, 2009**) or whether she intends to proceed pro se.

3.  Plaintiff's counsel should forthwith serve a copy of this Order on Plaintiff and file a certificate verifying such service.

4.  The granting of this Motion shall not serve as the basis for seeking a continuance of any dates established in the District Court's Case Management and Scheduling Order (Doc. 19), filed April 14, 2009.

5.  Defendant's Motion to Compel (Doc. 25) is **GRANTED**. Plaintiff shall produce both her initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and her responses to Defendant's requests for production of documents and interrogatories no later than **Monday, July 27, 2009**.

6.  If Plaintiff fails to comply with any of the directives in this Order, she should be aware that her case may be dismissed pursuant to Local Rule 3.10(a) for failure to prosecute.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  30th  day of June, 2009.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record